IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| LEGACY COMMUNITY HEALTH SERVICES, INC., *Plaintiff*, | § § § § | |
| v. | § | Civil Action No. 4:15-CV-00025 |
| DR. KYLE JANEK, In His Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § § § § § § § | |
| and | § § | |
| TEXAS CHILDREN'S HEALTH PLAN, *Defendants*. | § § | |

## ORDER ON UNOPPOSED MOTION OF DEFENDANT DR. KYLE JANEK TO EXCEED PAGE LIMIT

Having read and considered Defendant Dr. Kyle Janek's Unopposed Motion to Exceed Page Limit, the Court finds the Motion is well taken and is hereby GRANTED in all respects.

Signed January 26, 2015.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE